IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN SIMS,                               No. 2:15-CV-0713-CMK-P

       Plaintiff,

   vs.                                          ORDER

CDCR, et al.,

       Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are the following motions filed by plaintiff: (1) "Motion/Request for Leave to Amend Complaint to Name Eighth Defendant H.K. Johnson Based on New Evidence" (Doc. 8); (2) "Motion/Request for Reconsideration of Plaintiff's Motion/Request for Leave to Amend Complaint to Name Ninth Defendant CCII McComas to be Served by U.S. Marshal Upon Court's Approval" (Doc. 10); and (3) "Motion/Request for Approved Forms to Provide Marshal to Serve Defendants Herein" (Doc. 9).

       By way of his motions, plaintiff seeks leave to amend to name additional defendants. The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is

1

one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2). In this case, because plaintiff's original complaint has not been served, and because no responsive pleading has been served, and because no motion under Rule 12(b), (e), or (f) has been filed, plaintiff may amend his complaint without leave of court. Plaintiff's motions seeking leave to add an eighth and ninth defendants will, therefore, be denied as unnecessary.

If, however, plaintiff does not file an amended complaint within the time provided by this order, the action will proceed on the original complaint. Until such time as plaintiff either files an amended complaint which is deemed appropriate for service, or this court reviews the original complaint and deems it appropriate for service, plaintiff's request for forms necessary for service by the U.S. Marshal will be denied as premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions (Docs. 8 and 10) seeking leave to amend are denied as unnecessary;

2. If plaintiff does not file an amended complaint within 30 days of the date of this order, the action shall proceed on the original complaint; and

3. Plaintiff's motion (Doc. 9) for issuance of service documents is denied as premature.

DATED: January 28, 2016

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE