IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SIMS, | No. 2:15-CV-0713-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 14).  The motion is denied as unnecessary because plaintiff has previously been granted in forma pauperis status.

IT IS SO ORDERED.


DATED: February 23, 2016

  CRAIG M. KELLISON
  UNITED STATES MAGISTRATE JUDGE

1